**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

_____

**RAZMIK BARSEGYAN,**

          Petitioner,

    v.

ERNEST SANTACRUZ JR. *et al.*,

          Respondents.

_____

)
)
)
)
)
)
)
)
)
)
)

**ORDER**

ED CV 26-02543-VBF-MBK

**Denying TRO Application [Doc #3] Without Prejudice**

On May 12, 2026, petitioner's counsel filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. section 2241 and an application for a temporary restraining order ("TRO"), *see* CM/ECF Docs 1 and 3. The Clerk's Office promptly issued a Notice of General Order 26-05 and Briefing Schedule (Doc 6) the next day, May 13, 2026. According to the Schedule (Doc 6 at 2), respondents must file an answer to the habeas petition within seven days, i.e., no later than Tuesday, May 19, 2026, and petitioner will have three days to file an optional reply, i.e., no later than Friday, May 22, 2026. That is only eight days from now.

The Court places significance on the substantially expedited briefing schedule ordered by the Magistrate Judge, and the expedited consideration that the Magistrate Judges accord to section 2241 habeas petitions where the petitioner initially seeks a TRO and seems to present some colorable allegation of urgency. The Court finds that taken together, the substantially expedited briefing schedule and the anticipated expedited consideration of those

briefs obviate any need to proceed by way of TRO for the time being.

Accordingly, the Court orders as follows:

**Petitioner's application for a TRO [Doc #3] is DENIED without prejudice.**

IT IS SO ORDERED.

Dated:  May 14, 2026

_____

Honorable Valerie Baker Fairbank
Senior United States District Judge