IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

RAZMIK BARSEGHYAN,

        Petitioner,

      v.

ERNESTO SANTACRUZ, JR., et al.,

        Respondents.

Case No. 5:26-cv-02543-VBF-MBK

ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court reviewed the petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that: (1) Judgment be entered GRANTING the petition; (2) a writ of habeas corpus be issued requiring Petitioner's immediate release, subject to the same terms and conditions as his prior release on parole, and preventing Respondents from re-detaining

Petitioner without notice and an opportunity to be heard; (3) requiring Respondents to return any property seized from Petitioner during his arrest and detention; and (4) Respondents shall file a status report within seven (7) days confirming that Petitioner has been released.

DATE: _____May 28, 2026_____     _____

HON. VALERIE BAKER FAIRBANK
SENIOR U.S. DISTRICT JUDGE

2