JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

RAZMIK BARSEGHYAN,

               Petitioner,

     v.

ERNESTO SANTACRUZ, JR., et al.,

               Respondents.

Case No. 5:26-cv-02543-VBF-MBK

JUDGMENT

    IT IS ADJUDGED that the petition for writ of habeas corpus is GRANTED and this action is dismissed with prejudice.

Dated: May 28, 2026

_Valerie Baker Fairbank_

_____

HON. VALERIE BAKER FAIRBANK
SENIOR U.S. DISTRICT JUDGE